# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

2017 NOV 22 AM 10: 12

2017 NOV 27 PM 2: 01
UN-SEALED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

United States of America
v.

APRIL COLEEN MOORE
a/k/a April Price

Defendant

Case No. 6:17-cr-205-ORL-40-KRS

RECEIVED
U.S. MARSHAL
2017 AUG 31 AM 10:36
MIDDLE FLORIDA
ORLANDO

## ARREST WARRANT

To:   Any authorized law enforcement officer

   YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   APRIL COLEEN MOORE, a/k/a April Price
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and willfully combine, conspire, confederate, and agree to enter into a fraudulent marriage, in violation of 18 U.S.C. § 371; knowingly and unlawfully entered into a marriage for the purpose of evading a provision of the immigration laws, in violation of 8 U.S.C. § 1325(c).

Date:   8/31/17

Issuing officer's signature

City and state:   Orlando, Florida

ELIZABETH WARREN, Acting Clerk, United States District Court
Printed name and title

### Return

This warrant was received on (date) 8/31/17, and the person was arrested on (date) 11/14/2017
at (city and state)   ORLANDO FLORIDA.

Date:   11/20/17

Arresting officer's signature

D CHARLES   DUSKY
Printed name and title