**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                                                   CASE NO: 6:17-cr-205-Orl-40KRS

APRIL COLEEN MOORE

---

**CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION**
**AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY**

I, April Coleen Moore, hereby consent to a presentence investigation by the probation officers of the United States district courts.  I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney.

Dated: 1-2-18                                                    _____
                                                                           April Coleen Moore

Dated: 1-2-18                                                    _____
                                                                           Counsel for Defendant